**Fill in this information to identify the case:**

Debtor 1: Rogelio C. Lorenzo, Jr.

Debtor 2 (Spouse, if filing): Leah M. Lorenzo

United States Bankruptcy Court for the: Eastern District of Texas (State)

Case number: 14-42375

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust N.A., et al

Last 4 digits of any number you use to identify the debtor's account: 0 2 7 4

Court claim no. (if known): 14

Property address: 1321 Berkley Ct.
Plano, TX 75023

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 2,784.56

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ 2,784.56

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 01/01/2020 MM/DD/YYYY

| Debtor 1 | Rogelio C. Lorenzo, Jr. | Case number (if known) | 14-42375 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History   Attached as Exhibit A

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Raymond Valderrama**
Signature

Date 02/20/2020

Print: **Raymond** **Valderrama**
First Name   Middle Name   Last Name

Title: **AVP Bankruptcy**

Company: **BSI Financial Services**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **7505 Irvine Center Drive**
Number   Street

**Irvine**   **CA**   **92618**
City   State   ZIP Code

Contact phone (**949**) **679** – **6696**

Email **bknotices@snsc.com**

---

Form 4100R    Response to Notice of Final Cure Payment    page 2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the 20th day of February, 2020. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Rogelio C. Lorenzo, Jr.
1321 Berkley Ct.  (Mailing)
Plano, TX 75023

DEBTOR
Leah M. Lorenzo
1321 Berkley Ct.  (Mailing)
Plano, TX 75023

DEBTORS' ATTORNEY
Diane S. Barron
Barron and Carter, LLP
660 N. Central Expy, Ste 101
Plano, TX75074

TRUSTEE
Carey D. Ebert
PO Box 941166
Plano, TX 75094

U.S. TRUSTEE
US Trustee
110 N. College Avenue, Ste 300
Tyler, TX 75702

CREDITOR ATTORNEY

/s/ Richard E. Anderson
RICHARD E. ANDERSON

| BK Case | 14-42375 | * Prior to 12/2011 payment changes were not required to be filed in courts or with Proof of claim | | | |
|---|---|---|---|---|---|
| BK Filing Date | 11/4/2014 | | | | |
| First Post pet date | 12/1/2014 | | | | |
| **Pmt Change Filed** | **Fliling Date** | **Effective date** | **Amount** | EXHIBIT A | |
| POC pmt Filed | 2/27/2015 | 12/1/2014 | $ 1,297.39 | | |
| Pmt Change Filed | 10/28/2015 | 12/1/2015 | $ 1,306.28 | | |
| Pmt Change Filed | 2/9/2016 | 3/1/2016 | $ 1,394.76 | | |
| Pmt Change Filed | 2/3/2017 | 3/1/2017 | $ 1,394.76 | | |
| Pmt Change Filed | 5/4/2017 | 6/1/2017 | $ 1,327.07 | | |
| **Date Rcvd** | **Amount Rcvd/Rvd** | | **Amount Due** | **Due Date** | **Suspense** |
| 12/19/2014 | $1,297.39 | | $ 1,297.39 | 12/1/2014 | $ - |
| 1/30/2015 | $1,297.39 | | $ 1,297.39 | 1/1/2015 | $ - |
| 2/2/2015 | $1,297.39 | | $ 1,297.39 | 2/1/2015 | $ - |
| 3/13/2015 | $1,297.39 | | $ 1,297.39 | 3/1/2015 | $ - |
| 4/15/2015 | $1,297.39 | | $ 1,297.39 | 4/1/2015 | $ - |
| 5/28/2015 | $1,297.39 | | $ 1,297.39 | 5/1/2015 | $ - |
| 6/26/2015 | $1,297.39 | | $ 1,297.39 | 6/1/2015 | $ - |
| 8/28/2015 | $1,297.39 | | $ 1,297.39 | 7/1/2015 | $ - |
| 10/9/2015 | $1,297.39 | | $ 1,297.39 | 8/1/2015 | $ - |
| 10/30/2015 | $1,297.39 | | $ 1,297.39 | 9/1/2015 | $ - |
| 10/30/2015 | $1,297.39 | | $ 1,297.39 | 10/1/2015 | $ - |
| | | | $ 1,297.39 | 11/1/2015 | $ -1,297.39 |
| | | | $ 1,306.28 | 12/1/2015 | $ -2,603.67 |
| | | | $ 1,306.28 | 1/1/2016 | $ -3,909.95 |
| | | | $ 1,306.28 | 2/1/2016 | $ -5,216.23 |
| | | | $ 1,394.76 | 3/1/2016 | $ -6,610.99 |
| | | | $ 1,394.76 | 4/1/2016 | $ -8,005.75 |
| | | | $ 1,394.76 | 5/1/2016 | $ -9,400.51 |
| | | | $ 1,394.76 | 6/1/2016 | $ -10,795.27 |
| | | | $ 1,394.76 | 7/1/2016 | $ -12,190.03 |
| | | | $ 1,394.76 | 8/1/2016 | $ -13,584.79 |
| | | | $ 826.00 | MFR Fees | $ -14,410.79 |
| **Agreed Order Entered 8/17/16 iao $15,633.72 to be added to plan. Resume reg pmnt 9/1/16** | | | | | |
| 9/1/2016 | $1,394.76 | | $ 1,394.76 | 9/1/2016 | $ - |
| 10/3/2016 | $1,394.76 | | $ 1,394.76 | 10/1/2016 | $ - |
| 11/1/2016 | $1,394.76 | | $ 1,394.76 | 11/1/2016 | $ - |
| 12/1/2016 | $1,394.76 | | $ 1,394.76 | 12/1/2016 | $ - |
| 1/13/2017 | $1,394.76 | | $ 1,394.76 | 1/1/2017 | $ - |
| 2/10/2017 | $1,394.76 | | $ 1,394.76 | 2/1/2017 | $ - |
| 3/10/2017 | $1,394.76 | | $ 1,394.76 | 3/1/2017 | $ - |
| 4/14/2017 | $1,394.76 | | $ 1,394.76 | 4/1/2017 | $ - |
| 5/12/2017 | $1,394.76 | | $ 1,394.76 | 5/1/2017 | $ - |
| 6/22/2017 | $1,327.07 | | $ 1,327.07 | 6/1/2017 | $ - |
| 7/12/2017 | $1,327.07 | | $ 1,327.07 | 7/1/2017 | $ - |
| 8/14/2017 | $1,327.07 | | $ 1,327.07 | 8/1/2017 | $ - |
| 9/15/2017 | $1,327.00 | | | | $ 1,327.00 |
| 10/10/2017 | $1,327.07 | | $ 1,327.07 | 9/1/2017 | $ 1,327.00 |
| 11/10/2017 | $1,327.07 | | $ 1,327.07 | 10/1/2017 | $ 1,327.00 |
| 12/12/2017 | $1,327.07 | | $ 1,327.07 | 11/1/2017 | $ 1,327.00 |
| 1/17/2018 | $1,327.07 | | $ 1,327.07 | 12/1/2017 | $ 1,327.00 |
| 2/16/2018 | $1,327.07 | | $ 1,327.07 | 1/1/2018 | $ 1,327.00 |
| 3/15/2018 | $1,327.07 | | $ 1,327.07 | 2/1/2018 | $ 1,327.00 |
| 3/21/2018 | $1,327.07 | | $ 1,327.07 | 3/1/2018 | $ 1,327.00 |

| Date | Amount | | | Amount | Date | | Balance | |
|---|---|---|---|---|---|---|---|---|
| 4/13/2018 | $1,327.07 | | $ | 1,327.07 | 4/1/2018 | $ | 1,327.00 | |
| 5/15/2017 | $1,327.07 | | $ | 1,327.07 | 5/1/2018 | $ | 1,327.00 | |
| 6/15/2018 | $1,327.07 | | $ | 1,327.07 | 6/1/2018 | $ | 1,327.00 | |
| 7/16/2018 | $1,327.07 | | $ | 1,327.07 | 7/1/2018 | $ | 1,327.00 | |
| 8/20/2018 | $1,327.07 | | $ | 1,327.07 | 8/1/2018 | $ | 1,327.00 | |
| 9/14/2018 | $1,327.07 | | $ | 1,327.07 | 9/1/2018 | $ | 1,327.00 | |
| 10/23/2018 | $1,327.07 | | $ | 1,327.07 | 10/1/2018 | $ | 1,327.00 | |
| 12/17/2018 | $1,327.07 | | $ | 1,327.07 | 11/1/2018 | $ | 1,327.00 | |
| 1/11/2019 | $1,327.07 | | $ | 1,327.07 | 12/1/2018 | $ | 1,327.00 | |
| 2/14/2019 | $1,327.07 | | $ | 1,327.07 | 1/1/2019 | $ | 1,327.00 | |
| 3/14/2019 | $1,239.03 | | $ | 1,327.07 | 2/1/2019 | $ | 1,238.96 | |
| 4/16/2019 | $1,239.03 | | $ | 1,327.07 | 3/1/2019 | $ | 1,150.92 | |
| 5/20/2019 | $1,239.03 | | $ | 1,327.07 | 4/1/2019 | $ | 1,062.88 | |
| 6/26/2019 | $1,239.03 | | $ | 1,327.07 | 5/1/2019 | $ | 974.84 | Due |
| 7/23/2019 | $1,239.03 | | $ | 1,327.07 | 6/1/2019 | $ | 886.80 | |
| 8/30/2019 | $1,239.03 | | $ | 1,327.07 | 7/1/2019 | $ | 798.76 | |
| 11/22/2019 | $1,239.03 | | $ | 1,327.07 | 8/1/2019 | $ | 710.72 | |
| 12/22/2019 | $1,836.97 | | $ | 1,327.07 | 9/1/2019 | $ | 1,220.62 | |
| 1/21/2020 | $1,351.47 | | $ | 1,327.07 | 10/1/2019 | $ | 1,245.02 | |
| 2/10/2020 | $1,433.09 | | $ | 1,327.07 | 11/1/2019 | $ | 1,351.04 | |
| | | | $ | 1,327.07 | 12/1/2019 | $ | 23.97 | |
| **PAST DUE PAYMENT** | | | **$** | **1,327.07** | **1/1/2020** | $ | -1,303.10 | |
| | | | **$** | **1,327.07** | **2/1/2020** | $ | -2,630.17 | |
| | | | $ | 1,327.07 | 3/1/2020 | $ | -3,957.24 | |
| | | | $ | 1,327.07 | 4/1/2020 | $ | -5,284.31 | |
| | | | $ | 1,327.07 | 5/1/2020 | $ | -6,611.38 | |
| | | | $ | 1,327.07 | 6/1/2020 | $ | -7,938.45 | |
| | | | $ | 1,327.07 | 7/1/2020 | $ | -9,265.52 | |
| | | | $ | 1,327.07 | 8/1/2020 | $ | -10,592.59 | |